was to procure coal for the heater. While doing this he was struck by a flying piece of metal occasioning the loss of his left eye. The complaint was dismissed on the grounds that the injury arose from a risk of the employment which plaintiff had assumed and that there was no failure to furnish a safe place to work or safe appliances.

*Jay S. Jones, Edward J. Fanning* and *Ralph G. Barclay* for appellant.

*Thomas J. Brennan* and *A. G. Maul* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Pound, McLaughlin, Crane and Andrews, JJ. Absent: Cardozo, J.

---

County of St. Lawrence, Appellant, *v.* State of New York, Respondent.

*State — when award of Court of Claims properly without interest.*

*County of St. Lawrence v. State of New York,* 199 App. Div. 944, affirmed.

(Argued April 24, 1923; decided May 8, 1923.)

Appeal, by permission, from a judgment of the Appellant Division of the Supreme Court in the third judicial department, entered November 25, 1921, unanimously affirming a judgment of the Court of Claims refusing to claimant interest upon the amount of its claims from the date of its filing to the date of judgment. The claim herein was for the refunding to the county of St. Lawrence of taxes paid by the town of Hammond from the year 1872 to the date of the filing of the claim, and by the town of Morristown from the year 1875 to the date of the filing of the claim, upon assessments therein of the real and personal property of the Black River and Morristown Railroad Company. The state contended that the statute under which the claim was filed (L. 1904, ch. 163) provided that awards should be " without interest."

*Ledyard P. Hale* and *Charles M. Hale* for appellant.

*Charles D. Newton, Attorney-General (W. J. Wetherbee* and *Carey D. Davie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, CRANE and ANDREWS, JJ. Dissenting: McLAUGHLIN, J. Absent: CARDOZO, J.

---

ELIZABETH A. REILLY, Appellant, *v.* WATERSON, BERLIN & SNYDER COMPANY, Respondent.

(Submitted April 30, 1923; decided May 8, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 235 N. Y. 580.)

---

GEORGE DASHNAU, Respondent, *v.* THE CITY OF OSWEGO, Appellant.

*Appeal — unanimous reversal by Appellate Division of order setting aside verdict and reinstatement of said verdict — appeal therefrom without permission dismissed.*

*Dashnau* v. *City of Oswego,* 204 App. Div. 189, appeal dismissed. (Submitted April 30, 1923; decided May 8, 1923.)

MOTION to dismiss an appeal from a judgment, entered January 23, 1923, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed reinstatement of said verdict.

The motion was made upon the ground that permission to appeal had not been obtained; that no constitutional question was involved and that appellant had failed to stipulate for judgment absolute in case of affirmance.

*Francis D. Culkin* for appellant.

*D. P. Morehouse, Jr.,* for respondent.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.